UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TYLER BAKER, individually and on behalf of all others similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>PRO CUSTOM SOLAR LLC,</br></br>Defendant. | Case No. 5:20-cv-92 |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED**:

THAT pursuant to the parties' November 18, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 5:20-cv-00092-gwc, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED**.

Dated at Burlington, in the District of Vermont, this 18th day of November, 2020.

/s/ Geoffrey W. Crawford
Chief Judge
United States District Court